My Copy
Filed @ 3-15-12

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT TALLAHASSEE, STATE OF FLORIDA

Terrence-A: Williams Sui Juris
    Petitioner

Fla. Supreme Court
Don Davis  Warden
Ken Tucker  Sec of FDOC
Pam Bondi  Att. General State of Fla.
    Respondants

4:12cv131-SPM/WCS
Case No. F03-21366/F05-31582/SC12-136

## PETITION FOR WRIT OF MANDAMUS

COMES NOW, The Above Styled Petitioner, Terrence-A: Williams Pursuant to All Writ Act §1651(a) Seeking The action of this Court to compell The Respondents To return The Writ of Habeas Corpus within 3 days Which is a clear duty of Respondant.

## BASIS FOR INVOKING JURISDICTION

This Court has Jurisdiction to issue The Writ of Mandamus under All Writs Act §1651(a). Writ of Mandamus is The Proper Remedy to Compel a legal duty. No other remedy other Than Writ of Mandamus Would be adequate to allow petitioner to recieve unrefutable request for legal duty. (Writ of Mandamus can issue against any entity That is itself given clear Public duty to Act); (to establish Conditions Necessary For issuance for a writ of Mandamus The Party Seeking The writ of Mandamus must demostrate: (1) he has a clear undisputable right to Relief Sought; (2) The Responding Party Has a clear duty to do The specific act Requested; (3) The Requested act is a official act or duty; (4) There are no other adequate means to attain The Relief Sought; The issuance of The writ will effect Right and Justice in The Circumstance, See U.S. 198 F. 3d 502 (C.A. 4 (Ind) 1999)

## STATEMENT OF FACTS

1.) On 1-23-12 2012. Petitioner Caused to be Sent to Fla. Sup Court

a writ of Habeas Corpus Requesting That respondent return The writ without delay and/or as an alternative Release Petitioner From unlawful detention

2.) Petitioner has afforded Respondent a adequate amount of Time for Respondent to return The writ of Habeas Corpus Pursuant to F.S. 79.01

3.) Respondants has a irrefutable duty to perform The requested action

4.) Failure of The respondent to return the writ neglects a legal obligation and extends Petitioner's unlawful detention which is a manifest unjustice

## III. GROUNDS FOR RELIEF

A.) The writ of Mandamus Shall Issue Because Petitioner Has a clear and legal right To requested action;

B.) The Respondent Has a "Mandatory" duty to Perform The Requested Action;

C.) Petitioner Has no other adequate avenue to acquire His Remedy

D.) Granting Petitioners Petition will Perfect right and Justice

## ARGUEMENT

Compelling Request of Petitioner is in accord with rule That Govern A writ of Mandamus. One Seeking writ of Mandamus must show That a clear and legal Right exists to performance of a clear and legal duty by a public official and no other remedy exists See 609 So. 2d 751, 753 Fla. App. 1st DCA 1992) a mandamus can be used to enforced a right already clearly established in law See 607 So. 2d 379, 400-401 (Fla. 1992)

## CONCLUSION EXHASTION OF REMEDIES

Petitioner has filed The proper vehicle and allowed Respondants a sufficent amount of Time to perform a clear legal duty By Returning The writ of habeas Corpus. In essence Respondants has ignored Petitioner's Request By failing To return/Provide Petitioner with Request which respondant is irrefutablly Obligated to perform as a duty of law. Therefore Petitioner Has no other remedy available to remedy This Situation. It will perfect right and Justice for This Honorable Court To Grant Relief Hereafter

## NATURE OF RELIEF SOUGHT

WHEREFORE, Petitioner respectfull Request That This Honorable Court ultamately issue The Writ of Mandamus directing respondants To return The writ of Habeas Corpus within 3 days Or as an alternative Release Petitioner from unlawful detention within Said Time frame.

## DECLARATION OF OATH

I Declare, under The Penalty of Perjury That I have Read The foregoing Petition and The facts Contained Herein are True, correct and Complete Executed on This 16th day of March 2012.

## CERTIFICATE OF SERVICE

I hereby Certify That a True and Correct copy of This Petition for Writ of mandamus is mailed To: The Clerk of Court U.S. DIST. COURT, NORTHERN DIST. TALLAHASSEE, STATE OF FLORIDA 111 N. Adams st. Tallahassee, Florida. 32301-7730, Fla. Supreme court, 500 S. Duval st. Tallahassee, Fl. 32399, Warden don Davis Columbia C.I., 216 S.E. Corrections way, Lake City Fla. 32025, Att. General Pam bondi, Sec of FDOC Ken Tucker

Terrence-A. Williams
Columbia C.I.
216 S.E. Corrections way
Lake City, Fl. 32025

## SERVICE OF PROCESS

I am requesting in This Service of Process That You Provide Acknowledgement for Petitioner's Writ of Mandamus In and For The U.S. DIST. CT. NORTHERN DIST. TALLAHASSEE, FLA. To The Below Mentioned location:

Your Prompt Attention is Requested

Terrence A. Williams
Columbia C.I.
216 S.E. Corrections Way
Lake City, Fl. 32025

PROVIDED TO COLUMBIA C.I.
ON 3/16/12 TAW
FOR MAILING